IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03096-MEH

KAREN V. JOHNSON,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner of the Social Security Administration,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2015**.

    The Unopposed Motion for Withdrawal of Counsel filed by M. Thayne Warner [filed May 20, 2015; docket #21] is **granted**. Mr. Warner's representation of the Defendant in this case is terminated. The Defendant will continue to be represented by J. Benedict Garcia and Jessica Milano.