IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03096-CMA

KAREN JOHNSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Christine M. Arguello on January 15, 2016, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Karen Johnson.  It is

    FURTHER ORDERED that each party shall bear its own attorney's fees.

    DATED January 15, 2016

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                s/ V. Barnes
                                V. Barnes,
                                Deputy Clerk